UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASON D. CUNNINGHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORM KRAMER, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:15-cv-01362-AWI-MJS (PC)<br><br>**ORDER DENYING MOTION FOR NOTICE OF APPEAL**<br><br>**(ECF NO. 22)** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On February 17, 2017, his complaint was dismissed for failure to state a claim and the matter was closed. (ECF Nos. 20, 21.)

On March 10, 2017, Plaintiff filed a "Motion for Notice of Appeal." (ECF No. 22.) It is unclear what relief, if any, Plaintiff seeks through this motion. To the extent Plaintiff merely seeks to have his notice of appeal processed, the Court advises that his notice of appeal was filed on March 10, 2017 and processed to the Ninth Circuit Court of Appeals that date. (ECF Nos. 23, 24.) To the extent Plaintiff intends through this motion to

present his arguments to the appellate court, the Ninth Circuit has ordered him to file an opening brief by June 19, 2017. Plaintiff may present his arguments there.

Based on the foregoing, the "Motion for Notice of Appeal" is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:  March 29, 2017                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE